**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| MICHAEL T. MANUEL,<br><br>Plaintiff,<br><br>vs.<br><br>NURSE PRACTITIONER MILLER, *et al.*,<br><br>Defendants. | ) | Case No. 4:26-cv-00757-MTS |

**MEMORANDUM AND ORDER**

This case is before the Court on review under 28 U.S.C. § 1915A. *See Hutchinson v. Wexford Health Servs., Inc.*, 638 F. App'x 930, 932 (11th Cir. 2016) (per curiam); *Trusty v. Centurion Health Servs.*, No. 19-5872, 2020 WL 548225, at *1 (6th Cir. Jan. 7, 2020) (unsigned order). Upon review of Plaintiff's Complaint, the Court concludes that Plaintiff has stated a claim against both Nurse Practitioner Miller and Dr. Taverse in their individual capacities for deliberate indifference under the Eighth Amendment via 42 U.S.C. § 1983.[*] In addition, Plaintiff's Complaint states a claim against both Nurse Practitioner Miller and Dr. Taverse for damages against a health care provider for personal injury out of the rendering of or failure to render health care services under Mo. Rev. Stat. § 538.210.

---

[*] Plaintiff has not stated a claim against these Defendants in their official capacities because he has not pleaded facts that show a policy, custom, or official action by Centurion of Missouri, LLC. *See Johnson v. Hamilton*, 452 F.3d 967, 973 (8th Cir. 2006). An Order of Partial Dismissal, which will dismiss this action against Defendants in their official capacities without prejudice, will be entered herewith.

Because Plaintiff is proceeding under 28 U.S.C. § 1915, the Court is responsible for service. *See* 28 U.S.C. § 1915(d); Fed. R. Civ. P. 4(c)(3). The Clerk of Court is respectfully directed to seek waiver of service by Defendants pursuant to the Court's Memorandum of Understanding with Centurion of Missouri, LLC dated July 1, 2026.

So **ORDERED** this 4th day of November 2026.

MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE